Robert Himmel, appellant, v. Edward Sager, appellee. Gen. No. 38,763.

Opinion filed June 29, 1936.

Landis, Landis & Landis, for appellant; Alvin Landis, of counsel. Edwin Terwilliger, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Anne Henson, appellee, v. Alma Neumann et al., appellants. Louise Regel, appellant. Gen. No. 38,778.

Opinion filed June 29, 1936.

Hubbard, Baker & Rice, for certain appellant. G. A. Buresh, for certain other appellant. Ward H. Harris and Channing L. Sentz, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

Frank Wodecki, appellee, v. Harold M. Pitman Company, appellant. Gen. No. 38,752.

Opinion filed June 29, 1936.

Rowe & Bailey, for appellant; Joseph A. Bailey and Henry H. Caldwell, of counsel. Samuel L. Cohen, for appellee; Morris K. Levinson, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Peter Quaracino, administrator of the estate of Tomasina Quaracino, deceased, appellee, v. Societa Agricola Operaia S. Cristoforo E. Maria Vergine Incoronata di Ricigliano, appellant. Gen. No. 38,766.

Opinion filed June 29, 1936. Rehearing denied July 10, 1936.

John S. Flannery, for appellant. Anthony J. Mentone, for appellee; Irving Breakstone, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.